Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–21315–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robin Ellen Sickles
    1646 Cedar Stream Court
    Toms River, NJ 08755

Social Security No.:
    xxx–xx–8109

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/14/18
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: June 5, 2018
JAN: amg

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-21315-MBK
Robin Ellen Sickles                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 05, 2018
                              Form ID: 132             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
db          +Robin Ellen Sickles,    1646 Cedar Stream Court,    Toms River, NJ 08755-1179
517572314  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
              El Paso, TX 79998)
517572315   +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
517572316   +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517572320   +KML Law Group,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517572321  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
              P.O. Box 245,    Trenton, NJ 08695-0245)
517572323   +State Of Nj Student As,    4 Quakerbridge Plz,    Trenton, NJ 08619-1241
517572322   +State of New Jersey,    Dept of Labor & Workforce,    P.O. Box 951,    Trenton, NJ 08625-0951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2018 23:14:44     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2018 23:14:42     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517572313    +E-mail/Text: ally@ebn.phinsolutions.com Jun 05 2018 23:13:59     Ally Financial,
               PO Box 380901,    Bloomington, MN 55438-0901
517572318     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2018 23:18:38     Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
517572317    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2018 23:18:59     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517572319     E-mail/Text: cio.bncmail@irs.gov Jun 05 2018 23:14:13     Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Robin Ellen Sickles bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                              TOTAL: 3