UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>ROBIN ELLEN SICKLES, Debtor | Case No.: 18-21315<br>Chapter: 13<br>Judge: Michel B. Kaplan |

### NOTICE OF PROPOSED PRIVATE SALE

_____Robin Sickles_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan___ on ___August 14, 2018___ at ___9:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___8___, ___Trenton, New Jersey___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   1646 Cedar Stream Court, Toms River, NJ

Proposed Purchaser:   Shaindy Braun

Sale price:  399,900.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Pittenger Realty /ReMax on the Move/ William H. Oliver, Jr.
Amount to be paid:    3% of Sale Price/3% of Sale Price/Amount as will appear in HUD
Services rendered:    Real Estate Broker/ Real Estate Broker/Attorney for Seller

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-21315-MBK
Robin Ellen Sickles                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 11, 2018
                              Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
```
db              +Robin Ellen Sickles,    1646 Cedar Stream Court,    Toms River, NJ 08755-1179
517572314      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                  El Paso, TX 79998)
517572315       +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
517572316       +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517572320       +KML Law Group,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517615099       +NJCLASS,    POB 548,    Trenton, NJ 08625-0548
517572321      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  P.O. Box 245,    Trenton, NJ 08695-0245)
517572323       +State Of Nj Student As,    4 Quakerbridge Plz,    Trenton, NJ 08619-1241
517572322       +State of New Jersey,    Dept of Labor & Workforce,    P.O. Box 951,    Trenton, NJ 08625-0951
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2018 23:30:29      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2018 23:30:25      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517572313       +E-mail/Text: ally@ebn.phinsolutions.com Jul 11 2018 23:29:34      Ally Financial,
                  PO Box 380901,    Bloomington, MN 55438-0901
517572318        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2018 23:34:44      Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
517572317       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2018 23:34:06      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517572319        E-mail/Text: cio.bncmail@irs.gov Jul 11 2018 23:29:55      Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 6
```
```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Robin Ellen Sickles bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William M.E. Powers    on behalf of Creditor    BANK OF AMERICA, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 6
```