UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on January 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ROBIN ELLEN SICKLES,

                Debtor

Case No.:  18-21315

Chapter:  13

Hearing Date:  1/8/19 @ 2:00 pm

Judge:  Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: January 10, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____900_____ for services rendered and expenses in the amount of $_____181_____ for a total of $_____1,081_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____247_____ per month for ___54___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Robin Ellen Sickles  
    Debtor

Case No. 18-21315-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 10, 2019  
                                                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.  
db          Robin Ellen Sickles,    404 1/2 1st Avenue,    Manasquan, NJ   08736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:

          Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Albert   Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          William H. Oliver, Jr.    on behalf of Debtor Robin Ellen Sickles bkwoliver@aol.com, R59915@notify.bestcase.com  
          William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
          William M.E. Powers    on behalf of Creditor    BANK OF AMERICA, N.A. ecf@powerskirn.com  
          William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
                                                                                                                                      TOTAL: 9