**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Robin Ellen Sickles<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8109<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–21315–MBK | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robin Ellen Sickles

6/14/19

**By the court:**   Michael B. Kaplan
                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Robin Ellen Sickles  
    Debtor

Case No. 18-21315-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jun 14, 2019  
                       Form ID: 318     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.

```
db                Robin Ellen Sickles,    404 1/2 1st Avenue,    Manasquan, NJ 08736
r                +Pittenger Realty,    2240 Highway 33,    Neptune, NJ 07753-6121
r                +ReMax on the Move Realty,    305 Main St.,    Lakewood, NJ 08701-3310
517572315        +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
517572316        +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517572320        +KML Law Group,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517615099        +NJCLASS,    POB 548,    Trenton, NJ 08625-0548
517572321       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                   P.O. Box 245,    Trenton, NJ 08695-0245)
517572323        +State Of Nj Student As,    4 Quakerbridge Plz,    Trenton, NJ 08619-1241
517572322        +State of New Jersey,    Dept of Labor & Workforce,    P.O. Box 951,    Trenton, NJ 08625-0951
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2019 00:09:36    U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2019 00:09:31    United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
517689602        EDI: GMACFS.COM Jun 15 2019 03:48:00    Ally Capital,    PO Box 130424,
                   Roseville MN 55113-0004
517572313       +EDI: GMACFS.COM Jun 15 2019 03:48:00    Ally Financial,    PO Box 380901,
                   Bloomington, MN 55438-0901
517572314        EDI: BANKAMER.COM Jun 15 2019 03:48:00    Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                   El Paso, TX 79998
517687588       +EDI: BANKAMER2.COM Jun 15 2019 03:48:00    Bank of America,    Attn: Perry L Gibson,
                   100 North Tryon St.,    NC1-007-31-05,    Charlotte, NC 28255-0001
517667409        EDI: BANKAMER.COM Jun 15 2019 03:48:00    Bank of America, N.A.,    PO Box 31785,
                   Tampa, FL 33631-3785
517678331        EDI: BANKAMER.COM Jun 15 2019 03:48:00    Bank of America, N.A.,    Bank of America,
                   P.O. Box 31785,    Tampa, FL 33631-3785
517572318        EDI: CAPITALONE.COM Jun 15 2019 03:48:00    Capital One,    15000 Capital One Dr,
                   Richmond, VA 23238
517572317       +EDI: CAPITALONE.COM Jun 15 2019 03:48:00    Capital One,    Attn: Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
517671136        EDI: CAPITALONE.COM Jun 15 2019 03:48:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                   Charlotte, NC  28272-1083
517572319        EDI: IRS.COM Jun 15 2019 03:48:00    Internal Revenue Service,    PO Box 7346,
                   Philadelphia, PA 19101-7346
517683357       +EDI: AIS.COM Jun 15 2019 03:48:00    Verizon,    by American InfoSource LP as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 13
```

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                                Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jun 14, 2019
                              Form ID: 318             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Bunce   Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    BANK OF AMERICA, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Robin Ellen Sickles bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    BANK OF AMERICA, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 9
```